**Eric D. TAYLOR, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100748.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 14, 2014.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Todd T. Smith, Jefferson City, MO, for respondent.

Before: KURT S. ODENWALD, P.J., ROBERT G. DOWD, JR., J. and GARY M. GAERTNER, JR., J.

## *ORDER*

PER CURIAM.

Eric D. Taylor appeals from the judgment denying his Rule 24.035[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b).

---

1. All rule references are to Mo. R.Crim. P.2013, unless otherwise indicated.